

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-61289-CIV-MORENO

ANTHONY D. GARLAND,

    Plaintiff,

vs.

LUIS GALINDEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **August 11, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 9)** on **October 16, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation were filed and the time for doing so has now passed. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 9)** on **October 16, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The case is DISMISSED for the reasons stated in the Magistrate Judge's Report and Recommendation.

(2) All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of November, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record